```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/11/2019
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
EDWIN ROMAN,

                  Plaintiff,

        -against-

NIGHTHAWK SECURITY ASSOCIATES, INC.,
NEC CORPORATION OF AMERICA, and
DANIEL J. MURPHY, *individually*,

                  Defendants.
------------------------------------------------------------- X

1:19-cv-11050-GHW

ORDER

GREGORY H. WOODS, District Judge:

    The Court may transfer a case "[f]or the convenience of the parties and witnesses, in the interest of justice." 28 U.S.C. § 1404(a). The Court may also transfer a case based on the consent of the parties. 28 U.S.C. § 1404(b). Plaintiff, the only party to appear in this case, has consented to transfer to the Eastern District of New York. Accordingly, the Court orders that this case be transferred to the Eastern District of New York.

    Plaintiff is directed to serve a copy of this order on Defendants. The Clerk of Court is directed to transfer this case to the Eastern District of New York without delay.

    SO ORDERED.

Dated: December 10, 2019
New York, New York

                                          _____
                                             GREGORY H. WOODS
                                           United States District Judge